**Dismissed and Memorandum Opinion filed October 24, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00637-CV

### THOLONAUS DARRELL POMIER, Appellant

### V.

### DOW CHEMICAL COMPANY; BRANDSAFWAY LLC; ALL AMERICAN SCREEN, LLC; MARCELO INVESTMENTS, INC. (DISA); AND UNIVERSITY MRO. LLC, Appellees

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 126026-CV**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed August 26, 2024. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The August 26, 2024 order dismissing appellee Dow Chemical Company from the underlying suit did not dispose of the other defendants. When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered

unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On September 16, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal within 10 days. *See* Tex. R. App. P. 42.3(a). Appellant's response does not demonstrate that this court has jurisdiction over the appeal.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Spain, Poissant, and Wilson.